# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Hibel Realty, LLC      **Case Number:** 08-42902      **Ch:** 11

**Matter:**
Doc# 4 Emergency Motion filed by Creditor LBM Financial LLC for Relief from Stay Re: 337 and 345 Main Street, Hyannis, Massachusetts or Dismissal of the Case Fee Amount $150, Objections due by 9/23/2008. (Attachments: # (1) Exhibit A# (2) Exhib

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_4_ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to:_____ For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due_____ From_____
                          Response(s) due_____ From_____

_____ Fees allowed in the amount of: $_____ Expenses of: $_____

_____ No appearance/response by:_____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held,   Motion for relief from stay is granted.   10 days waived.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   /s/ William C. Hillman

_____                _____ Dated: 09/19/2008
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge