UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Hibel Realty, LLC                    Case Number: 08-42902                Ch: 11

Matter:

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to: _____ For: _____

_____ Formal order/stipulation to be submitted by: _____ Date due: _____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement:   Brief(s) due_____   From_____

                                Response(s) due_____   From_____

_____ Fees allowed in the amount of: $_____ Expenses of: $_____

_____ No appearance/response by: _____

  X  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of: 1) the Debtor's failure to comply with the September 10, 2008 order to update requiring the Debtor to file Schedules A-H, Exhibit A, and the Statement of Financial Affairs by September 25, 2008; and 2) the Debtor's failure to appear through counsel in violation of MLBR 9010-1(c), the above captioned case is hereby DISMISSED.  In light of the dismissal of the Debtor's case, the [24] Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7 is moot.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   /s/ William C. Hillman

_____              _____ Dated: 10/3/2008
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge